UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT DRUHAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action 24-cv-11303-IT |
| | * | |
| DR. ANTHONY FAUCI, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## ORDER

TALWANI, D.J.

In a July 31, 2024 Order [Doc. No. 4], the Court ordered Plaintiff to (1) resolve the filing fee by paying the $405 filing fee or file an Application to Proceed Without Prepaying Fees or Costs; and (2) file a signed complaint. The Court gave Plaintiff twenty-one days—until August 21, 2024—to comply with the Order, and the Court stated that failure to comply with the Order would result in dismissal of the action.

Plaintiff has not filed anything in response to Order, and the time for complying with the Order has lapsed. Accordingly, this action is hereby DISMISSED without prejudice for failure to pay the to pay the filing fee and to file a signed complaint.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge

August 27, 2024